# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

**CLEO B HALL**

* Debtor(s)

Chapter: **13**
Case Number: **5-05-55195**

## ORDER DISMISSING CASE

Upon Motion of CHARLES J. DEHART, III, ESQ., TRUSTEE and it having been determined after notice to parties in interest that the case should be dismissed, it is

**ORDERED** that the case of the above-named debtor(s) be and it hereby is dismissed.

Date: September 4, 2007

*John J. Thomas, Bankruptcy Judge*
(JAT)

*This document is electronically signed and filed on the same date.*

MDPA-13ORDDIS.WPT - REV 11/04